*Judith M. Wildfeuer,* assistant public defender, in support of the petition.

Decided February 11, 2004

LEWIS M. RESS, TRUSTEE *v.* TOWN OF SUFFIELD

The plaintiff's petition for certification for appeal from the Appellate Court, 80 Conn. App. 630 (AC 23807), is denied.

*Vincent M. Marino* and *Barbara M. Schellenberg,* in support of the petition.

*Edward G. McAnaney,* in opposition.

Decided February 11, 2004

JEROME T. DUNBAR *v.* COMMISSIONER OF
MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court (AC 24204) is denied.

*Jerome T. Dunbar,* pro se, in support of the petition.

Decided February 11, 2004